RECEIVED
IN ALEXANDRIA, LA.

JUN 28 2010

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN P. GAUTHIER** | **CIVIL ACTION NO. 09-2083** |
| **VS.** | **SECTION P** |
| | **JUDGE TRIMBLE** |
| **SHERIFF DOUG ANDERSON, ET AL.** | **MAGISTRATE JUDGE KIRK** |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint raising the claims that the defendants (a) interfered with the practice of his religion; (b) denied him access to the courts; (c) exposed him to unconstitutional conditions of confinement (prison overcrowding, cold temperatures, unsanitary laundry practices, cold/hot showers, insufficient meals, exposure to meningitis, denying him the use of a rest room for 4 hours, and the conditions of confinement in the lock down cell); (4) retaliated against him; or (5) unlawfully denied him the opportunity to participate in either the work-release or trusty programs, and his requests for TRO or a preliminary injunction be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the

provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this \_\_\_28th\_\_\_ day of \_\_\_June\_\_\_, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE